SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
8367 West Flamingo Avenue, Suite 100
Las Vegas, Nevada 89147
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN KELLEHER, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01184-KDJ-RJJ<br><br>**DECLARATION OF SHAWN A. MANGANO, ESQ. IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

I, Shawn A. Mangano, Esq., declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law admitted to practice before all courts of the State of Nevada. I have personal knowledge of the facts set forth below, except for those factual statements expressly made upon information and belief, and as to those facts, I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2. I represent Righthaven LLC ("Righthaven") in the above-referenced matter.

3. This declaration is made in support of Righthaven LLC's Response to Order to Show Cause Why Action Should Not Be Dismissed For Lack of Subject Matter Jurisdiction.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Amended and Restated Strategic Alliance Agreement entered into by Righthaven and Stephens Media LLC ("Stephens Media")

5.     As of the date of this filing, Righthaven has not located the specific assignment granted by Stephens Media in and to the copyrighted work at issue in this action.  I am familiar with all other assignments granted by Stephens Media to Righthaven that have been the subject of copyright litigation in this District and I believe the assignment in this case contains identical content to the other assignments with the sole exception being the title of the assigned work.

Signed and affirmed on this 15th day of November, 2011.

By: /s/ Shawn A. Mangano<br>
SHAWN A. MANGANO, ESQ.

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 15th day of November, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
8367 West Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Tel:    (702) 304-0432
Fax:   (702) 922-3851

*Attorney for Righthaven LLC*
