**ANDREW J. DHUEY**
**ATTORNEY AT LAW**
**456 BOYNTON AVENUE**
**BERKELEY, CA  94707**

(510) 528-8200
(510) 528-8204 (fax)                                                                                  ajdhuey@comcast.net

---

9 January 2012

The Honorable Kent J. Dawson
U.S. District Judge
U.S. District Court for the District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV  89101

    Re:    *Righthaven LLC v. Kelleher*, Case No. 2:10-cv-01184-KJD-RJJ

Dear Judge Dawson:

    With the calendar call for the above-captioned case set for January 17, 2012, I respectfully request clarification from the Court on whether it will indeed be necessary for me to travel to Las Vegas to attend this. The Court issued an Order to Show Cause on November 2, 2011 that remains pending and could result in the dismissal of this action. Regardless, if I do not hear otherwise from the Court, I will attend the calendar call per the Court's January 4, 2012 Order.

    Thank you for considering my request.

    Respectfully submitted,

    /s/ Andrew J. Dhuey
    Attorney for Defendant, Kevin Kelleher

cc: Shawn A. Mangano, Esq. (via ECF)